IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**KEVIN J. CARVER,**

**Defendant.**                                                          No. 10-30113-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant Carver's February 11, 2011 motion to continue (Doc. 29). Defendant states that he needs additional time to conduct plea negotiations. The Government does not object. The Court being fully advised in the premises finds that Defendant needs additional time to conduct plea negotiations. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** Defendant's motion to continue (Doc. 29). The Court **CONTINUES** the jury trial scheduled for February 28, 2011 to **Monday, March 28, 2011, 2011 at 9:00 a.m.** The time from the date the original motion was filed, February 11, 2011, until the date to which the trial is rescheduled, March

28, 2011, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 11th day of February, 2011.

David R. Herndon
2011.02.11
15:47:33 -06'00'

**Chief Judge
United States District Court**