# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**KEVIN J. CARVER,**

**Defendant.**             No. 10-30113-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the government's motion to dismiss petition of Heartland Bank (Doc. 51). Specifically, the government argues that Heartland Bank's petition asserting a lien should be dismissed with leave to amend as it does not describe how Heartland Bank holds or acquired an interest in the property. Heartland responded to the motion stating that its petition does allege that it is the holder of the note as it is the mortgage servicing agent for Federal Home Loan Mortgage Corporation with respect to the mortgage on the property (Doc. 54). Heartland Bank requests that if the Court grants the motion that it be allowed leave to amend its petition. Based on the circumstances, the Court finds that an amended petition is warranted. Thus, the Court grants the motion. The Court **ALLOWS**

Heartland Bank up to and including November 28, 2011 to file an amended petition describing how it acquired an interest in the mortgage originally held by United Illinois Bank of Collinsville along with all documents establishing such an interest.

**IT IS SO ORDERED**.

Signed this 4th day of November, 2011.

Digitally signed by
David R. Herndon
Date: 2011.11.04
10:13:31 -05'00'

**Chief Judge
United States District Court**